FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN -6 PM 3: 31

CLERK. C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
VS. )                    CASE NO: CR315-3
)
MICHAEL JERMAINE TODD )

## O R D E R

The defendant, Michael Jermaine Todd, was sentenced on November 9, 2015 and is in the custody of the Bureau of Prisons.

Surety, Ashley Horton, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Ashley Horton for this defendant, plus all accrued interest thereon, be returned to: Ashley Horton at 761 Ronnie Fulford Road, Rockledge, GA 30454.

This 6 day of January, 2016 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA